```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIOSOTIS A. DIAZ,

                          Plaintiff,                          20 **CIVIL** 10895 (ER)(GWG)

        -v-                                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 1, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
            November 2, 2021

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                      **BY:**

                                                                   **Deputy Clerk**